**EXHIBIT 1**

**Registration Certificate for Plaintiff's Mark**

# United States Patent Office

**791,171**
Registered June 15, 1965

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 178,575, filed Oct. 9, 1963



Amateur Athletic Union of The United States (New York unincorporated association)
231 W. 58th St.
New York 19, N.Y.

For: PROMOTION AND ENCOURAGEMENT OF AMATEUR SPORTS AND PHYSICAL EDUCATION THROUGHOUT THE UNITED STATES, in CLASS 100.

First use 1935; in commerce 1935; year 1888 in another form.

The drawing is lined for the colors red, blue and gold.

Int. Cls.: 14, 16, 18, 20, 24, 25, 26 and 41

Prior U.S. Cls.: 3, 28, 38, 39, 50, 107 and 200

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 881,944
Registered Dec. 9, 1969
Renewal Approved Jan. 17, 1990

## TRADEMARK
## SERVICE MARK
## COLLECTIVE MEMBERSHIP
## PRINCIPAL REGISTER

## AAU

AMATEUR ATHLETIC UNION OF THE UNITED STATES INC. (NEW YORK NON-PROFIT CORPORATION),
P.O. BOX 68207
3400 WEST 86TH ST.
INDIANAPOLIS, IN 46268

OWNER OF U.S. REG. NO. 791,171.

FOR: LUGGAGE, TRAVEL BAGS AND BRIEFCASES, IN CLASS 3 (INT. CL. 18).

FIRST USE 0-0-1958; IN COMMERCE 0-0-1958.

FOR: JEWELRY, LAPEL PINS, TIE-TACKS AND CLASPS, MONEY CLIPS MADE IN PART OF PRECIOUS METAL, AND CHARMS, IN CLASS 28 (INT. CL. 14).

FIRST USE 0-0-1938; IN COMMERCE 0-0-1938.

FOR: PERIODICAL PUBLICATIONS—NAMELY, PAMPHLETS, BOOKS, MANUALS, NEWSLETTERS AND FILMS, IN CLASS 38 (INT. CL. 16).

FIRST USE 0-0-1936; IN COMMERCE 0-0-1936.

FOR: WEARING APPAREL AND AC-CESSORIES—NAMELY, UNIFORMS, JACKETS, COATS, PANTS, SHIRTS, HATS AND CAPS, HOSIERY, SHOES, AND TIES, IN CLASS 39 (INT. CL. 25).

FIRST USE 0-0-1937; IN COMMERCE 0-0-1937.

FOR: SOUVENIRS, PINS, TROPHIES, PLAQUES, MEDALLIONS, MEDALS, BANNERS, PATCHES, AND EMBLEMS, IN CLASS 50 (INT. CLS. 14, 20, 24 AND 26).

FIRST USE 0-0-1936; IN COMMERCE 0-0-1936.

FOR: ORGANIZING, PROMOTING, SPONSORING, SANCTIONING, CON-DUCTING, ADMINISTERING, REGU-LATING AND GOVERNING AMATEUR ATHLETIC PROGRAMS AND ACTIVI-TIES; ESTABLISHING AND MAINTAIN-ING BY REGISTRATION A UNIFORM

# United States Patent Office

**881,944**
**Registered Dec. 9, 1969**

## PRINCIPAL REGISTER
### Trademark
### Service Mark
### Collective Membership Mark

**Ser. No. 297,239, filed May 3, 1968**

# AAU

Amateur Athletic Union of the United States Inc. (New York non-profit corporation)
231 W. 58th St.
New York, N.Y. 10019

For: LUGGAGE, TRAVEL BAGS AND BRIEF-CASES, in CLASS 3 (INT. CL. 18).
First use at least as early as 1958; in comerce at least as early as 1958.

For: JEWELRY, LAPEL PINS, TIETACKS AND CLASPS, MONEY CLIPS MADE IN PART OF PRECIOUS METAL, AND CHARMS, in CLASS 28 (INT. CL. 14).
First use at least as early as 1938; in commerce at least as early as 1938.

For: PERIODICAL PUBLICATIONS—NAMELY, PAMPHLETS, BOOKS, MANUALS, NEWSLETTERS, AND FILMS—in CLASS 38 (INT. CL. 16).
First use at least as early as 1936; in commerce at least as early as 1936.

For: WEARING APPAREL AND ACCESSORIES—NAMELY, UNIFORMS, JACKETS, COATS, PANTS, SHIRTS, HATS AND CAPS, HOSIERY, SHOES, AND TIES—in CLASS 39 (INT. CL. 25).
First use at least as early as 1937; in commerce at least as early as 1937.

For: SOUVENIRS, PINS, TROPHIES, PLAQUES, MEDALLIONS, MEDALS, BANNERS, PATCHES, AND EMBLEMS, in CLASS 50 (INT. CLS. 14, 20, 24, and 26).
First use at least as early as 1936; in commerce at least as early as 1936.

For: ORGANIZING, PROMOTING, SPONSORING, SANCTIONING, CONDUCTING, ADMINISTERING, REGULATING AND GOVERNING AMATEUR ATHLETIC PROGRAMS AND ACTIVITIES; ESTABLISHING AND MAINTAINING BY REGISTRATION A UNIFORM STANDARD OF AMATEUR STANDING FOR ATHLETES; INSTITUTING, REGULATING AND AWARDING AMATEUR ATHLETIC CHAMPIONSHIPS; AS WELL AS MAINTAINING RECORDS AND CERTIFYING RECORD PERFORMANCES OF AMATEUR ATHLETES; AND QUALIFICATIONS OF OFFICIALS TO PERFORM SUCH SERVICES, in CLASS 107 (INT. CL. 41).
First use at least as early as 1888; in commerce at least as early as 1888.

For: INDICATING MEMBERSHIP IN APPLICANT, in CLASS 200.
First use at least as early as 1888; in commerce at least as early as 1888.

Owner of Reg. No. 791,171.

DAVID WEINSTEIN, Examiner

**Int. Cl.: 41**

**Prior U.S. Cls.: 100, 101, and 107**

**United States Patent and Trademark Office**

**Reg. No. 3,218,441**

Registered Mar. 13, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

# Pacific AAU

AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC. (NEW YORK CORPORATION)
1910 HOTEL PLAZA BOULEVARD
LAKE BUENA VISTA, FL 32830

FOR: ESTABLISHING AND MAINTAINING BY REGISTRATION A UNIFORM STANDARD OF AMATEUR ATHLETIC STANDING FOR ATHLETES; VERIFYING RECORD PERFORMANCES OF AMATEUR ATHLETES; REVIEWING QUALIFICATIONS OF OFFICIALS TO VERIFY RECORD PERFORMANCES OF ATHLETES AND RECORD THE SAME; SANCTIONING, REGULATING AND GOVERNING AMATEUR ATHLETIC PROGRAMS AND ACTIVITIES; REGULATING AMATEUR ATHLETIC CHAMPIONSHIPS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-30-1890; IN COMMERCE 7-18-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 791,171, 881,944, AND 2,394,924.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PACIFIC", APART FROM THE MARK AS SHOWN.

SN 76-611,170, FILED 9-14-2004.

ZHALEH DELANEY, EXAMINING ATTORNEY