**EXHIBIT 2**

**SAMPLES OF DEFENDANTS' USE OF THE INFRINGING MARK**





 

**Jam On It**
**Equipment Rental Pricing**

Updated June 1, 2020

Jam On It is an industry leader in providing sports equipment for tournaments, special events and projects. We are here to assist you in creating an awesome event experience.

*Things you should have done prior to requesting a quote.*
*Overall event budget*
*Dates and location of the event*
*Cad Drawing of potential space*
*Is the space for the equipment require union Staff? Will they let outside groups set up equipment?*
*Is this an AAU licensed event?*
*Do you have additional insurance coverage?*



## ALL UNDER ONE ROOF
P.O. Box 52049, Sparks, NV 89435
JamOnIt.org

















Don't miss out on two great opportunities to showcase your abilities



**Click Here** to Register



