Matthew D. Francis
Nevada Bar No.: 6978
Arthur A. Zorio
Nevada Bar No.: 6547
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5520 Kietzke Lane, Suite 110
Reno, NV 89511
Telephone: 775.324.4100
Facsimile: 775.333.8171
Email: mfrancis@bhfs.com
        azorio@bhfs.com

*Attorneys for Defendants Matthew Williams;*
*Jam On It Basketball Academy, Inc.; and*
*Jam On It, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC., | CASE NO.: 2:23-cv-00864-ART-BNW |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| MATTHEW WILLIAMS; JAM ON IT BASKETBALL ACADEMY, INC.; JAM ON IT, LLC; JAM ON IT SPORTSPLEX, LLC; MICHAEL WILLIAMS; ENNIS WESLEY; TATIANA WESLEY; BRENNAN SULLIVAN; SPORTSPLEX LAS VEGAS, LLC; JOHN DOES 1-10 AND DOE CORPS. 1-10, | |
| Defendants. | |

I, Matthew D. Francis, Nevada Bar No. 6978, of the law firm Brownstein Hyatt Farber Schreck, LLP, hereby enters the appearance of myself as counsel for Defendants Matthew Williams; Jam On It Basketball Academy, Inc.; and Jam On It, LLC ("JOI Defendants"), in the above-entitled action. The undersigned requests notice of all pleadings, motions, orders and all other papers in the above-entitled action and service of all pleadings, motions, orders and all other papers. The undersigned's email address is mfrancis@bhfs.com.

///

-1-

DATED this 28th day of July, 2023

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Matthew D. Francis
Matthew D. Francis
Arthur A. Zorio
5520 Kietzke Lane, Suite 110
Reno, NV 89511
Telephone: 775.324.4100
Facsimile: 775.333.8171

*Attorneys for Defendants Matthew Williams;
Jam On It Basketball Academy, Inc.; and
Jam On It, LLC*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
5520 Kietzke Lane, Suite 110
Reno, NV 89511

- 2 -

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this 28th day of July, 2023, I served the document entitled

**NOTICE OF APPEARANCE** on the parties listed below via the following:

☐    **VIA FIRST CLASS U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Reno, Nevada for delivery to the following attorneys for Defendant, Superior Wellness Ltd.:

☐    **VIA COURIER FOR PERSONAL DELIVERY:** by delivering a copy of the document to a courier service for personal hand-delivery to the below, whereby the courier signs a certificate specifying the date of actual hand-delivery.

☐    **VIA COURIER:** by delivering a copy of the document to a courier service for over-night delivery to the foregoing parties.

☒    **VIA ELECTRONIC SERVICE:**  by electronically filing the document with the Clerk of the Court using the ECF No./eFlex system which served the following parties electronically:

☐    **VIA ELECTRONIC SERVICE:**  as an attachment to electronic mail directed to counsel for Defendant Superior Wellness Ltd. at the email address listed below.

Michael P. Lowry
WILSON ELSER
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, Nevada 89119
Email: Michael.Lowry@wilsonelser.com

Michael Mee
400 South 4th Street, Suite 500
Las Vegas, Nevada 89104
Email: mmee@defenselawyervegas.com

_/s/ Jeff Tillison_
Employee of Brownstein Hyatt Farber Schreck, LLP

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
5520 Kietzke Lane, Suite 110
Reno, NV 89511

- 3 -