**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MATTHEW WILLIAMS; JAM ON IT BASKETBALL ACADEMY, INC.; JAM ON IT, LLC; JAM ON IT SPORTSPLEX, LLC; MICHAEL WILLIAMS; ENNIS WESLEY; TATIANA WESLEY; BRENNAN SULLIVAN; SPORTSPLEX LAS VEGAS, LLC; JOHN DOES 1-10 AND DOE CORPS. 1-10, <br><br> Defendants. | Case No. 2:23-cr-00864-ART-BNW <br><br> ORDER |

Based on the pending stipulation of counsel (ECF No. 24), and good cause appearing therefore,

IT IS HEREBY ORDERED that the Defendants Ennis Esley, Tatiana Wesley, and Sportsplex Las Vegas LLC shall have through August 14, 2023 to file responsive pleadings to Motion to Dismiss Counterclaims (ECF No. 17) and Motion for a Preliminary Injunction (ECF No. 16).

DATED August 8, 2023.

_____
Anne R. Traum
United States District Court Judge