

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Amateur Athletic Union of the United States, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Amateur Athletic Union of the United States, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Matthew Williams; Jam On It Basketball Academy, Inc.; Jam On It, LLC; Jam On It Sportsplex, LLC; Michael Williams; Ennis Wesley; Tatiana Wesley; Brennan Sullivan; Sportsplex Las Vegas, LLC; John Does 1-10 and Doe Corps. 1-10,<br><br>Defendants. | Case No.: 2:23-cv-864<br><br>**Order Approving Stipulation for Extension of Time - Briefing Schedule re ECF No. 16** |
| Ennis Wesley; Tatiana Wesley<br><br>Counterclaimant,<br><br>vs.<br><br>Amateur Athletic Union of the United States, Inc.<br><br>Counterdefendant. | |

On July 24, 2023 Amateur Athletic Union of the United States, Inc. ("AAU") filed a motion for preliminary injunction.[1]  Defendants Ennis Wesley, Tatiana Wesley, and Sportsplex Las Vegas, LLC responded on August 14, 2023.[2]  The parties stipulate the remaining defendants' responses to this motion will be due no later than September 5, 2023.  AAU's combined reply will be due no later than September 19, 2023.

---

[1] ECF No. 17.
[2] ECF No. 36.

286095842v.1

| | |
|---|---|
| **WILSON ELSER**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>*/s/ Michael Lowry*<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Attorneys for Amateur Athletic Union of the United States, Inc. | LIBERATORS CRIMINAL DEFENSE<br><br>*/s/ Michael Mee*<br>Michael Mee, Esq.<br>Nevada Bar No. 13726<br>Attorneys for Ennis D. Wesley, Tatiana Wesley, and Sportsplex Las Vegas, LLC |
| BROWNSTEIN HYATT FARBER SCHRECK, LLP<br><br>*/s/ Matthew Francis*<br>Matthew D. Francis, Esq.<br>Nevada Bar No. 6978<br>Arthur A. Zorio, Esq.<br>Nevada Bar No. 6547<br>Attorneys for Matthew Williams, Jam On It Basketball Academy, Inc.; and Jam On It, LLC | BEN'S LAW<br><br>*/s/ Stefany Tewell*<br>Stefany Tewell, Esq.<br>Nevada Bar No. 6144<br>Attorneys for Michael Williams and Brennan Sullivan |
| | It is so ordered.<br><br>_____<br>UNITED STATES DISTRICT JUDGE<br>Dated August 23, 2023 |

-2-

286095842v.1