**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Amateur Athletic Union of the United States, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Matthew Williams; Jam On It Basketball Academy, Inc.; Jam On It, LLC; Jam On It Sportsplex, LLC; Michael Williams; Ennis Wesley; Tatiana Wesley; Brennan Sullivan; Sportsplex Las Vegas, LLC; John Does 1-10 and Doe Corps. 1-10,<br><br>Defendants. | Case No.: 2:23-cv-00864-ART-BNW<br><br>**ORDER GRANTING**<br><br>**Stipulation to Extend Briefing Schedule re ECF No. 35** |
| Ennis Wesley; Tatiana Wesley<br><br>Counterclaimant,<br><br>vs.<br><br>Amateur Athletic Union of the United States, Inc.<br><br>Counterdefendant. | |

On August 11, 2023 Matthew Williams, Jam On It Basketball Academy, Inc. and Jam On It, LLC filed a motion to dismiss the 11th cause of action in the complaint.[1]  Plaintiff's response is presently due August 25, 2023.  The parties to this motion stipulate to extend Plaintiff's deadline to respond to September 1, 2023.

---

[1] ECF No. 35.

286299701v.1

| | |
|---|---|
| **WILSON ELSER**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>*/s/ Michael Lowry*<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Attorneys for Amateur Athletic Union of the United States, Inc. | BROWNSTEIN HYATT FARBER SCHRECK, LLP<br><br>*/s/ Arthur Zorio*<br>Matthew D. Francis, Esq.<br>Nevada Bar No. 6978<br>Arthur A. Zorio, Esq.<br>Nevada Bar No. 6547<br>Attorneys for Matthew Williams, Jam On It Basketball Academy, Inc.; and Jam On It, LLC |

It is so ordered.

_____
Anne R. Traum
United States District Court Judge

DATED: August 29, 2023.

-2-