# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Amateur Athletic Union of the United States, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Matthew Williams; Jam On It Basketball Academy, Inc.; Jam On It, LLC; Jam On It Sportsplex, LLC; Michael Williams; Ennis Wesley; Tatiana Wesley; Brennan Sullivan; Sportsplex Las Vegas, LLC; John Does 1-10 and Doe Corps. 1-10,<br><br>Defendants. | Case No.: 2:23-cv-00864-ART-BNW<br><br>**ORDER GRANTING**<br><br>**Amended Stipulation to Dismiss the 11th Cause of Action Without Prejudice** |
| Ennis Wesley; Tatiana Wesley<br><br>Counterclaimant,<br><br>vs.<br><br>Amateur Athletic Union of the United States, Inc.<br><br>Counterdefendant. | |

Plaintiff, Matthew Williams, Jam On It Basketball Academy, Inc. and Jam On It, LLC stipulate to dismiss the 11th cause of action in the complaint, entitled intentional interference with prospective economic advantage.  This dismissal is without prejudice.  Each party to this stipulation will bear its own fees and costs.  Once approved, this stipulation moots the motion to dismiss that Matthew Williams, Jam On It Basketball Academy, Inc. and Jam On It, LLC filed.[1]

---

[1] ECF No. 35.

286299909v.1

-2-

Matthew Williams, Jam On It Basketball Academy, Inc. and Jam On It, LLC will file their answer no later than 14 days after the court approves this stipulation.

| WILSON ELSER<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>*/s/ Michael Lowry*<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Attorneys for Amateur Athletic Union of the United States, Inc. | BROWNSTEIN HYATT FARBER SCHRECK, LLP<br><br>*/s/ Arthur Zorio*<br>Matthew D. Francis, Esq.<br>Nevada Bar No. 6978<br>Arthur A. Zorio, Esq.<br>Nevada Bar No. 6547<br>Attorneys for Matthew Williams, Jam On It Basketball Academy, Inc.; and Jam On It, LLC |
|---|---|
|  |  |

It is so ordered.

_____
Anne R. Traum
United States District Court Judge

286299909v.1