UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Amateur Athletic Union of the United States, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Matthew Williams; Jam On It Basketball Academy, Inc.; Jam On It, LLC; Jam On It Sportsplex, LLC; Michael Williams; Ennis Wesley; Tatiana Wesley; Brennan Sullivan; Sportsplex Las Vegas, LLC; John Does 1-10 and Doe Corps. 1-10,<br><br>Defendants. | Case No.: 2:23-cv-864-ART-BNW<br><br>**ORDER GRANTING**<br><br>**Stipulation to Extend Discovery (Second Request)** |
| Ennis Wesley; Tatiana Wesley<br><br>Counterclaimant,<br><br>vs.<br><br>Amateur Athletic Union of the United States, Inc.<br><br>Counterdefendant. | |

**I.    Summary of Discovery Completed**

All parties have made FRCP 26(a)(1) disclosures. All parties have served and responded to written discovery. Follow-up communications regarding supplemental responses have also occurred.

**II.    Discovery Remaining**

The parties may still have follow up written discovery. No depositions have yet been taken. The parties anticipate all parties will be deposed, along with several non-party witnesses.

293909820v.2
27585449.1

Expert witness disclosures also have not yet occurred.

### III. Why the Remaining Discovery Could not be Completed

At a hearing on February 26, 2024, the court ordered the parties to meet and confer by March 8, 2024 about certain topics related to AAU's motion for preliminary injunction. That deadline is no longer feasible because Mr. Williams passed away on March 3, 2024, and Mr. Williams' lawyers need to determine who will be representing the estate and be their point of contact for the corporate Jam On It Defendants as this case moves forward. Until this person is identified and appointed, his lawyers lack a client who could agree to terms at a meet and confer. Rather than pursuing forward with discovery at a time when a key defendant is unable to participate, the parties instead agreed to extend discovery 90 days to allow time for the substitution process to run its course.

### IV. Proposed Schedule for Completing All Remaining Discovery

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Amending Pleadings and Adding Parties | February 19, 2024 | Closed, except for substituting Matthew Williams' estate |
| Initial Expert Disclosures | March 18, 2024 | June 18, 2024 |
| Rebuttal Expert Disclosures | April 17, 2024 | July 19, 2024 |
| Discovery Closes | May 20, 2024 | August 20, 2024 |
| Dispositive Motions | June 17, 2024 | September 20, 2024 |
| Pre-Trial Order, if no Dispositive Motions | July 16, 2024 | October 16, 2024 |

The parties further stipulate that the March 8, 2024 deadline for them to meet and confer as to the issues raised during the February 26, 2024 hearing is extended to April 8, 2024. They request the court continue the March 28, 2024 status conference to a date after April 8.

Finally, the parties stipulate that crossclaimants' deadline to file an amended crossclaim is March 11, 2024.

This stipulation is made for good cause and not for the purpose of delay. IT IS SO STIPULATED.

293909820v.2
27585449.1

**ORDER**

It is ordered that the parties' proposed discovery deadlines as set forth on Page 2 of their stipulation (ECF No. 69) are approved.

It is further ordered that the deadline for the parties to meet and confer as to the issues raised during the February 26, 2024, hearing (ECF No. 68) is extended to April 8, 2024.

It is further ordered that the status conference is continued to Thursday, April 11, 2024, at 11:00 a.m., before U.S. District Judge Anne R. Traum in a Las Vegas Courtroom to be determined.  Counsel wishing to appear by video must reach out to the courtroom deputy via email (katie_sutherland@nvd.uscourts.gov).

It is further ordered that crossclaimants' deadline to file amended crossclaim is March 11, 2024.

_____
Anne R. Traum
U.S. District Court Judge

DATED: <u>March 7, 2024</u>

-3-

293909820v.2
27585449.1