**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Amateur Athletic Union of the United States, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Amateur Athletic Union of the United States, Inc. | Case No.: 2:23-cv-864 |
| Plaintiff, | |
| vs. | **Stipulation and Order to Amend** |
| Matthew Williams; Jam On It Basketball Academy, Inc.; Jam On It, LLC; Jam On It Sportsplex, LLC; Michael Williams; Ennis Wesley; Tatiana Wesley; Brennan Sullivan; Sportsplex Las Vegas, LLC; John Does 1-10 and Doe Corps. 1-10, | |
| Defendants. | |
| Ennis Wesley; Tatiana Wesley | |
| Counterclaimant, | |
| vs. | |
| Amateur Athletic Union of the United States, Inc. | |
| Counterdefendant. | |

Defendant Matthew Williams died while this case was pending. Mr. Williams estate has been created and the parties now stipulate to amend the caption to name the administrator of the estate as the correct defendant. The updated caption is attached to this stipulation.

///

297164072v.1

| | |
|---|---|
| **WILSON ELSER**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>*/s/ Michael Lowry*<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Attorneys for Amateur Athletic Union of the United States, Inc. | LIBERATORS CRIMINAL DEFENSE<br><br>*/s/ Michael Mee*<br>Michael Mee, Esq.<br>Nevada Bar No. 13726<br>Attorneys for Ennis D. Wesley, Tatiana Wesley, and Sportsplex Las Vegas, LLC |
| BROWNSTEIN HYATT FARBER SCHRECK, LLP<br><br>*/s/ Matthew D. Francis*<br>Matthew D. Francis, Esq.<br>Nevada Bar No. 6978<br>Arthur A. Zorio, Esq.<br>Nevada Bar No. 6547<br>Attorneys for Matthew Williams, Jam On It Basketball Academy, Inc.; Jam On It, LLC; and Jam On It Sportsplex, LLC | BEN'S LAW<br><br>*/s/ Stefany Tewell*<br>Stefany Tewell, Esq.<br>Nevada Bar No. 6144<br>Attorneys for Michael Williams and Brennan Sullivan |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 28, 2024

-2-

297164072v.1

# Exhibit A:
# Amended Caption

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Amateur Athletic Union of the United States, Inc. <br><br> Plaintiff, <br><br> vs. <br><br> Estate of Matthew Williams; Jam On It Basketball Academy, Inc.; Jam On It, LLC; Jam On It Sportsplex, LLC; Michael Williams; Ennis Wesley; Tatiana Wesley; Brennan Sullivan; Sportsplex Las Vegas, LLC; John Does 1-10 and Doe Corps. 1-10, <br><br> Defendants. | Case No.: 2:23-cv-864 |
| Ennis Wesley; Tatiana Wesley <br><br> Counterclaimant, <br><br> vs. <br><br> Amateur Athletic Union of the United States, Inc. <br><br> Counterdefendant. | |

-4-

297164072v.1