Matthew D. Francis
Nevada Bar No.: 6978
Arthur A. Zorio
Nevada Bar No.: 6547
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5520 Kietzke Lane, Suite 110
Reno, NV 89511
Telephone: 775.324.4100
Facsimile: 775.333.8171
Email: mfrancis@bhfs.com
azorio@bhfs.com

*Attorneys for Defendants Estate of Matthew Williams;
Jam On It Basketball Academy, Inc.; and
Jam On It, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ESTATE OF MATTHEW WILLIAMS; JAM ON IT BASKETBALL ACADEMY, INC.; JAM ON IT, LLC; JAM ON IT SPORTSPLEX, LLC; MICHAEL WILLIAMS; ENNIS WESLEY; TATIANA WESLEY; BRENNAN SULLIVAN; SPORTSPLEX LAS VEGAS, LLC; JOHN DOES 1-10 AND DOE CORPS. 1-10, <br><br> Defendants, <br><br> AND RELATED ACTIONS. | CASE NO.: 2:23-cv-00864-ART-BNW <br><br> **ORDER GRANTING STIPULATION TO EXTEND JUNE 10, 2024 DEADLINE TO MEET AND CONFER AND ATTEND STATUS HEARING** <br><br> **(FIRST REQUEST)** |

At the preliminary injunction hearing on February 26, 2024, the Court ordered the parties to meet and confer by March 8, 2024 about certain topics related to AAU's motion for preliminary injunction. On March 6, 2024, the parties filed a Stipulation and Order to Extend Discovery (Second Request), explaining that the March 8, 2024 date was not feasible because Mr. Williams passed away on March 3, 2024, and Mr. Williams' lawyers needed determine who will be representing the estate and be their point of contact for the corporate Jam On It Defendants as

-1-

this case moves forward. ECF No. 69. The parties further explained that until that person was identified and appointed, counsel for Mr. Williams lacked a client who could agree to terms at a meet and confer. *Id.* As such, the parties requested a 90 day extension of discovery. *Id.* The parties also stipulated that the March 8, 2024 deadline for them to meet and confer as to the issues raised during the February 26, 2024 preliminary injunction hearing be extended to April 8, 2024, and that the court continue the March 28, 2024 status conference to a date after April 8, 2024. *Id.* On March 7, 2024, the Court granted the parties' stipulation. ECF No. 70.

On April 8, 2024, the parties filed a Stipulation to Extend April 8, 2024 Deadline to Meet and Confer and Attend Status Hearing (First Request). ECF No. 74. In that Stipulation, counsel for Jam On It Defendants represented to the Court that an administrator has not yet been appointed for Mr. Williams' estate, and the Jam On It Defendants did not have a contact person for Mr. Williams' estate. *Id.* Counsel further represented that because Mr. Williams' estate did not have a representative, counsel for Jam On It Defendants did not have direction to represent two of the entities for which Mr. Williams was the point of contact: Jam On It, LLC and Jam On It Sportsplex, LLC (a dissolved entity). *Id.* Counsel for Jam On It Defendants further represented that Mr. Clint Welch is now the President of Defendant Jam On It Basketball Academy, Inc. (in place of Mr. Williams). *Id.* Based on these facts, the parties respectfully requested that the April 8, 2024 deadline for them to meet and confer as to the issues raised during the February 26, 2024, hearing be extended for a period of 60 days, until June 10, 2024, and continue the April 11, 2024 status conference to a date after June 10, 2024. *Id.*

On April 9, 2024, the Court granted the Stipulation and ordered that the April 8, 2024, deadline for the parties to meet and confer as to the issues raised during the February 26, 2024, hearing be extended for a period of 60 days, until June 10, 2024. ECF No. 75. The Court further ordered that the status conference scheduled for April 11, 2024, at 11:00 a.m. be vacated and be rescheduled to Friday, June 21, 2024, at 1:00 p.m. *Id.*

On May 7, 2024, Jam On It Basketball Academy, Inc. filed a Suggestion of Death on the Record (ECF No. ). On May 24, 2024, the parties filed a Stipulation and Order to Amend

1  Caption to add the Estate of Matthew Williams as a party (ECF No. 81), and also filed a
2  Stipulation and Order to Extend Discovery (Third Request) to extend case management deadlines
3  based partially on the fact that all parties to this action are attending a mediation on June 13,
4  2024.  ECF No. 80.  The Court granted both of these Stipulations on May 29, 2024.  ECF Nos.
5  82 and 84.
6      In light of the foregoing, and based on extension of case management deadlines and the
7  upcoming June 13, 2024 mediation, the parties respectfully request that the June 10, 2024
8  deadline for them to meet and confer as to the issues raised during the February 26, 2024, hearing
9  be extended for a period of 60 days, until August 9, 2024, and continue the June 21, 2024 status
10 conference to a date after August 9, 2024.
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

- 3 -

This Stipulation is made for good cause and not for the purpose of delay.

**IT IS SO STIPULATED**:

This 5th day of June, 2024.

| WILSON ELSER | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| By: /s/ *Michael P. Lowry*<br>Michael P. Lowry<br>6689 Las Vegas Blvd., South<br>Suite 200<br>Las Vegas, Nevada 89119<br>Attorneys for Amateur Athletic Union of the United States | By: /s/ *Matthew D. Francis*<br>Matthew D. Francis<br>Arthur A. Zorio<br>5520 Kietzke Lane, Suite 110<br>Reno, Nevada 89511<br>Attorneys for the Estate of Matthew Williams, Jam On It Basketball Academy, Inc., Jam On It, LLC, and Jam On It Sportsplex, LLC |
| BEN'S LAW | Michael Mee |
| By: /s/ *Stefany "Miley" Tewell*<br>Stephany "Miley" Tewell<br>Ben Lehavi<br>5940 South Rainbow Blvd.<br>Las Vegas, Nevada 89118<br>Attorneys for Michael Williams<br>Brennan Sullivan | By: /s/ *Michael Mee*<br>Michael Mee<br>400 South 4th Street, Suite 500<br>Las Vegas, Nevada 89104<br>Attorneys for Ennis Wesley, Tatiana Wesley<br>Sportsplex Las Vegas, LLC |

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 7th, 2024

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this 5th day of June, 2024, I served the document entitled **STIPULATION TO EXTEND JUNE 10, 2024 DEADLINE TO MEET AND CONFER AND ATTEND STATUS HEARING (FIRST REQUEST)** on the parties listed below via the following:

☒ **VIA ELECTRONIC SERVICE:** by electronically filing the document with the Clerk of the Court using the ECF No./eFlex system which served the following parties electronically:

Michael P. Lowry, Esq.  
WILSON ELSER  
6689 Las Vegas Boulevard South, Suite 200  
Las Vegas, Nevada 89119  
Email: Michael.Lowry@wilsonelser.com

Michael Mee, Esq.  
400 South 4th Street, Suite 500  
Las Vegas, Nevada 89104  
Email: mmee@defenselawyervegas.com

Ben Lehavi  
Stefany A. Tewell  
Ben's Law  
5940 S. Rainbow Blvd.  
Las Vegas, NV 89118  
Email: info@benslaw.com

           */s/ Jeff Tillison*  
Employee of Brownstein Hyatt Farber Schreck, LLP

- 5 -