**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC., | CASE NO.: 2:23-cv-00864-ART-BNW |
| Plaintiff, | |
| v. | **ORDER GRANTING** |
| ESTATE OF MATTHEW WILLIAMS; JAM ON IT BASKETBALL ACADEMY, INC.; JAM ON IT, LLC; JAM ON IT SPORTSPLEX, LLC; MICHAEL WILLIAMS; ENNIS WESLEY; TATIANA WESLEY; BRENNAN SULLIVAN; SPORTSPLEX LAS VEGAS, LLC; JOHN DOES 1-10 AND DOE CORPS. 1-10, | **STIPULATION TO EXTEND AUGUST 9, 2024 DEADLINE TO MEET AND CONFER AND ATTEND STATUS HEARING** <br><br> **(FIRST REQUEST)** |
| Defendants, | |
| AND RELATED ACTIONS. | |

At the preliminary injunction hearing on February 26, 2024, the Court ordered the parties to meet and confer by March 8, 2024 about certain topics related to AAU's motion for preliminary injunction. On March 6, 2024, the parties filed a Stipulation and Order to Extend Discovery (Second Request), explaining that the March 8, 2024 date was not feasible because Mr. Williams passed away on March 3, 2024, and Mr. Williams' lawyers needed determine who will be representing the estate and be their point of contact for the corporate Jam On It Defendants as

-1-

1  this case moves forward.  ECF No. 69.  The parties further explained that until that person was
2  identified and appointed, counsel for Mr. Williams lacked a client who could agree to terms at a
3  meet and confer.  *Id.*  As such, the parties requested a 90 day extension of discovery.  *Id.*  The
4  parties also stipulated that the March 8,2024 deadline for them to meet and confer as to the issues
5  raised during the February 26, 2024 preliminary injunction hearing be extended to April 8, 2024,
6  and that the court continue the March 28, 2024 status conference to a date after April 8, 2024.  *Id.*
7  On March 7, 2024, the Court granted the parties' stipulation.  ECF No. 70.

8        On April 8, 2024, the parties filed a Stipulation to Extend April 8, 2024 Deadline to Meet
9  and Confer and Attend Status Hearing (First Request).  ECF No. 74.  In that Stipulation, counsel
10 for Jam On It Defendants represented to the Court that an administrator has not yet been
11 appointed for Mr. Williams' estate, and the Jam On It Defendants did not have a contact person
12 for Mr. Williams' estate.  *Id.*  Counsel further represented that because Mr. Williams' estate did
13 not have a representative, counsel for Jam On It Defendants did not have direction to represent
14 two of the entities for which Mr. Williams was the point of contact: Jam On It, LLC and Jam On
15 It Sportsplex, LLC (a dissolved entity).  *Id.*  Counsel for Jam On It Defendants further represented
16 that Mr. Clint Welch is now the President of Defendant Jam On It Basketball Academy, Inc. (in
17 place of Mr. Williams).  *Id.*  Based on these facts, the parties respectfully requested that the April
18 8, 2024 deadline for them to meet and confer as to the issues raised during the February 26, 2024,
19 hearing be extended for a period of 60 days, until June 10, 2024, and continue the April 11, 2024
20 status conference to a date after June 10, 2024.  *Id.*

21       On April 9, 2024, the Court granted the Stipulation and ordered that the April 8, 2024,
22 deadline for the parties to meet and confer as to the issues raised during the February 26, 2024,
23 hearing be extended for a period of 60 days, until June 10, 2024.  ECF No. 75.  The Court further
24 ordered that the status conference scheduled for April 11, 2024, at 11:00 a.m. be vacated and be
25 rescheduled to Friday, June 21, 2024, at 1:00 p.m.  *Id.*

26       On May 7, 2024, Jam On It Basketball Academy, Inc. filed a Suggestion of Death on the
27 Record (ECF No. 78).  On May 24, 2024, the parties filed a Stipulation and Order to Amend
28

1  Caption to add the Estate of Matthew Williams as a party (ECF No. 81), and also filed a
2  Stipulation and Order to Extend Discovery (Third Request) to extend case management deadlines
3  based partially on the fact that all parties to this action are attending a mediation on June 13,
4  2024.  ECF No. 80.  The Court granted both of these Stipulations on May 29, 2024.  ECF Nos.
5  82 and 84.
6        On June 7, 2024, the parties filed a Stipulation to Extend August June 10, 2024 Deadline
7  to Meet and Confer and Attend Status Hearing (First Request).  ECF No. 85.  In that Stipulation,
8  the parties requested that the June 10, 2024 deadline for them to meet and confer as to the issues
9  raised during the February 26, 2024, hearing be extended for a period of 60 days, until August 9,
10 2024, and continue the June 21, 2024 status conference to a date after August 9, 2024.  *Id.*  The
11 basis for the stipulation was that the parties were attending a mediation on June 13, 2024, and that
12 case management deadlines had been extended in ECF No. 84.  *Id.*
13       On June 7, 2024, the Court granted the Stipulation and ordered that the June 10, 2024,
14 deadline for the parties to meet and confer as to the issues raised during the February 26, 2024,
15 hearing be extended for a period of 60 days, until August 9, 2024.  ECF No. 86.  In a Minute
16 Order entered on June 11, 2024, the Court continued the status conference scheduled for Friday,
17 June 21, 2024, at 1:00 p.m. to Friday, August 16, 2024 at 10.a.m.  ECF No. 87.
18       On June 13, 2024, the parties attended a mediation with Honorable Judge James Hardesty.
19 Since that date, the parties have been negotiating terms for a settlement with the assistance of
20 Judge Hardesty and have had many rounds of negotiations.  Without waiving any rights or
21 remedies or disclosing any settlement terms, the parties disclose that they are in the process of
22 preparing settlement documents for review and comment and would like to focus their resources
23 on attempting to resolve this action via a negotiated settlement.
24       In light of the foregoing, the parties respectfully request that the August 9, 2024 deadline
25 for them to meet and confer as to the issues raised during the February 26, 2024, hearing be
26 extended for a period of 60 days, until October 8, 2024, and continue the August 16, 2024 status
27 conference to a date after October 8, 2024.
28

This Stipulation is made for good cause and not for the purpose of delay.

**IT IS SO STIPULATED**:

This 31st day of July, 2024.

| WILSON ELSER | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| By: /s/ *Michael P. Lowry*<br>Michael P. Lowry<br>6689 Las Vegas Blvd., South<br>Suite 200<br>Las Vegas, Nevada 89119<br>Attorneys for Amateur Athletic<br>Union of the United States | By: /s/ *Matthew D. Francis*<br>Matthew D. Francis<br>Arthur A. Zorio<br>5520 Kietzke Lane, Suite 110<br>Reno, Nevada 89511<br>Attorneys for the Estate of Matthew Williams, Jam On It Basketball Academy, Inc., Jam On It, LLC, and Jam On It Sportsplex, LLC |
| BEN'S LAW | Michael Mee |
| By: /s/ *Stefany "Miley" Tewell*<br>Stephany "Miley" Tewell<br>Ben Lehavi<br>5940 South Rainbow Blvd.<br>Las Vegas, Nevada 89118<br>Attorneys for Michael Williams<br>Brennan Sullivan | By: /s/ *Michael Mee*<br>Michael Mee<br>400 South 4th Street, Suite 500<br>Las Vegas, Nevada 89104<br>Attorneys for Ennis Wesley, Tatiana Wesley<br>Sportsplex Las Vegas, LLC |

**ORDER**

Based on the parties' stipulation, the August 9, 2024, deadline for the parties to meet and confer as to the issues raised during the February 26, 2024, hearing is extended to Tuesday, October 8, 2024, and the current status conference scheduled for August 16, 2024, at 10:00 a.m., is vacated and rescheduled to Friday, October 18, 2024, at 11:00 a.m. before U.S. District Judge Anne R. Traum in a Las Vegas courtroom to be determined.

_____
Anne R. Traum
United States District Judge

DATED: August 1, 2024

- 4 -