1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

12 | AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC.,

13

        Plaintiff,

14

    v.

15

ESTATE OF MATTHEW WILLIAMS; JAM
16 ON IT BASKETBALL ACADEMY, INC.;
JAM ON IT, LLC; JAM ON IT SPORTSPLEX,
17 LLC; MICHAEL WILLIAMS; ENNIS
WESLEY; TATIANA WESLEY; BRENNAN
18 SULLIVAN; SPORTSPLEX LAS VEGAS,
LLC; JOHN DOES 1-10 AND DOE CORPS.
19 1-10,

20         Defendants,

21 AND RELATED ACTIONS.

CASE NO.:  2:23-cv-00864-ART-BNW

**ORDER GRANTING**

**STIPULATION TO EXTEND OCTOBER 8, 2024 DEADLINE TO MEET AND CONFER AND ATTEND STATUS HEARING**

**(FIRST REQUEST)**

22

23

24

25

26

27

28

     At the preliminary injunction hearing on February 26, 2024, the Court ordered the parties to meet and confer by March 8, 2024 about certain topics related to AAU's motion for preliminary injunction.  On March 6, 2024, the parties filed a Stipulation and Order to Extend Discovery (Second Request), explaining that the March 8, 2024 date was not feasible because Mr. Williams passed away on March 3, 2024, and Mr. Williams' lawyers needed determine who will be representing the estate and be their point of contact for the corporate Jam On It Defendants as

-1-

1  this case moves forward.  ECF No. 69.  The parties further explained that until that person was

2  identified and appointed, counsel for Mr. Williams lacked a client who could agree to terms at a

3  meet and confer.  *Id.*  As such, the parties requested a 90 day extension of discovery.  *Id.*  The

4  parties also stipulated that the March 8, 2024 deadline for them to meet and confer as to the issues

5  raised during the February 26, 2024 preliminary injunction hearing be extended to April 8, 2024,

6  and that the court continue the March 28, 2024 status conference to a date after April 8, 2024.  *Id.*

7  On March 7, 2024, the Court granted the parties' stipulation.  ECF No. 70.

8    On April 8, 2024, the parties filed a Stipulation to Extend April 8, 2024 Deadline to Meet

9  and Confer and Attend Status Hearing (First Request).  ECF No. 74.  In that Stipulation, counsel

10  for Jam On It Defendants represented to the Court that an administrator has not yet been

11  appointed for Mr. Williams' estate, and the Jam On It Defendants did not have a contact person

12  for Mr. Williams' estate.  *Id.*  Counsel further represented that because Mr. Williams' estate did

13  not have a representative, counsel for Jam On It Defendants did not have direction to represent

14  two of the entities for which Mr. Williams was the point of contact: Jam On It, LLC and Jam On

15  It Sportsplex, LLC (a dissolved entity).  *Id.*  Counsel for Jam On It Defendants further represented

16  that Mr. Clint Welch is now the President of Defendant Jam On It Basketball Academy, Inc. (in

17  place of Mr. Williams).  *Id.*  Based on these facts, the parties respectfully requested that the April

18  8, 2024 deadline for them to meet and confer as to the issues raised during the February 26, 2024

19  hearing be extended for a period of 60 days, until June 10, 2024, and continue the April 11, 2024

20  status conference to a date after June 10, 2024.  *Id.*

21    On April 9, 2024, the Court granted the Stipulation and ordered that the April 8, 2024

22  deadline for the parties to meet and confer as to the issues raised during the February 26, 2024

23  hearing be extended for a period of 60 days, until June 10, 2024.  ECF No. 75.  The Court further

24  ordered that the status conference scheduled for April 11, 2024, at 11:00 a.m. be vacated and be

25  rescheduled to Friday, June 21, 2024, at 1:00 p.m.  *Id.*

26    On May 7, 2024, Jam On It Basketball Academy, Inc. filed a Suggestion of Death on the

27  Record (ECF No. 78).  On May 24, 2024, the parties filed a Stipulation and Order to Amend

28

1   Caption to add the Estate of Matthew Williams as a party (ECF No. 81), and also filed a

2   Stipulation and Order to Extend Discovery (Third Request) to extend case management deadlines

3   based partially on the fact that all parties to this action are attending a mediation on June 13,

4   2024.  ECF No. 80.  The Court granted both of these Stipulations on May 29, 2024.  ECF Nos.

5   82 and 84.

6        On June 7, 2024, the parties filed a Stipulation to Extend August June 10, 2024 Deadline

7   to Meet and Confer and Attend Status Hearing (First Request).  ECF No. 85.  In that Stipulation,

8   the parties requested that the June 10, 2024 deadline for them to meet and confer as to the issues

9   raised during the February 26, 2024 hearing be extended for a period of 60 days, until August 9,

10  2024, and continue the June 21, 2024 status conference to a date after August 9, 2024.  *Id.*  The

11  basis for the stipulation was that the parties were attending a mediation on June 13, 2024, and that

12  case management deadlines had been extended in ECF No. 84.  *Id.*

13       On June 7, 2024, the Court granted the Stipulation and ordered that the June 10, 2024

14  deadline for the parties to meet and confer as to the issues raised during the February 26, 2024

15  hearing be extended for a period of 60 days, until August 9, 2024.  ECF No. 86.  In a Minute

16  Order entered on June 11, 2024, the Court continued the status conference scheduled for Friday,

17  June 21, 2024, at 1:00 p.m. to Friday, August 16, 2024, at 10.a.m.  ECF No. 87.

18       On July 31, 2024, the parties filed a Stipulation to Extend August 9, 2024 Deadline to

19  Meet and Confer and Attend Status Hearing (First Request).  ECF No. 88.  In that Stipulation, the

20  parties requested that the August 9, 2024 deadline for them to meet and confer as to the issues

21  raised during the February 26, 2024 hearing be extended for a period of 60 days, until October 8,

22  2024, and continue the August 16, 2024 status conference to a date after October 8, 2024.  *Id.*

23  The basis for the stipulation was that the parties were in process of preparing settlement

24  documents for review and comment and wanted to focus their resources on attempting to resolve

25  this action via a negotiated settlement.  ECF No. 88.  *Id.*

26       On August 1, 2024, the Court granted the Stipulation (ECF No. 88) and ordered the

27  August 9, 2024 deadline for the parties to meet and confer as to the issues raised during the

28

1   February 26, 2024 hearing be extended to Tuesday, October 8, 2024, and the current status

2   conference scheduled for August 16, 2024, at 10:00 a.m. be vacated and rescheduled to Friday,

3   October 18, 2024, at 11:00 a.m.  ECF No. 89.

4          Without waiving any rights or remedies or disclosing any settlement terms, the parties

5   disclose that they have exchanged multiple drafts of settlement documents.  While the parties are

6   getting closer to finalizing a settlement agreement, certain terms need to be negotiated and

7   finalized.  The parties are working diligently to finalize the settlement agreement and would like

8   to continue focusing their resources on attempting to resolve this action via a negotiated

9   settlement.

10          In light of the foregoing, the parties respectfully request that the October 8, 2024 deadline

11   for them to meet and confer as to the issues raised during the February 26, 2024 hearing be

12   extended for a period of 90 days, until January 6, 2025, and continue the October 18, 2024 status

13   conference to a date after January 6, 2025.

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

This Stipulation is made for good cause and not for the purpose of delay.

**IT IS SO STIPULATED**:

This 3rd day of October, 2024.

| | |
|---|---|
| WILSON ELSER | BROWNSTEIN HYATT FARBER SCHRECK, LLP |

By: /s/ *Michael P. Lowry*
Michael P. Lowry
6689 Las Vegas Blvd., South
Suite 200
Las Vegas, Nevada 89119
Attorneys for Amateur Athletic
Union of the United States

By: /s/ *Matthew D. Francis*
Matthew D. Francis
Arthur A. Zorio
5520 Kietzke Lane, Suite 110
Reno, Nevada 89511
Attorneys for the Estate of Matthew Williams,
Jam On It Basketball Academy, Inc.,
Jam On It, LLC, and Jam On It Sportsplex, LLC

BEN'S LAW

LIBERATORS CRIMINAL DEFENSE

By: /s/ *Stefany "Miley" Tewell*
Stephany "Miley" Tewell
Ben Lehavi
5940 South Rainbow Blvd.
Las Vegas, Nevada 89118
Attorneys for Michael Williams,
Brennan Sullivan

By: /s/ *Michael Mee*
Michael Mee
400 South 4th Street, Suite 500
Las Vegas, Nevada 89104
Attorneys for Ennis Wesley, Tatiana Wesley
Sportsplex Las Vegas, LLC

## ORDER

Based on the parties' stipulation, the October 8, 2024, deadline for the parties to meet and confer as to the issues raised during the February 26, 2024, hearing is extended to Tuesday, January 6, 2025, and the current status conference scheduled for October 18, 2024, at 11:00 a.m., is vacated and rescheduled to Thursday, January 16, 2025, at 2:00 p.m. before U.S. District Judge Anne R. Traum in a Las Vegas courtroom to be determined.

IT IS SO ORDERED.

DATED: October 4, 2024

_____
Anne R. Traum
United States District Judge

- 5 -