# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Amateur Athletic Union of the United States, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Matthew Williams; Jam On It Basketball Academy, Inc.; Jam On It, LLC; Jam On It Sportsplex, LLC; Michael Williams; Ennis Wesley; Tatiana Wesley; Brennan Sullivan; Sportsplex Las Vegas, LLC; John Does 1-10 and Doe Corps. 1-10,<br><br>Defendants. | Case No.: 2:23-cv-864-ART-BNW<br><br>**ORDER GRANTING**<br><br>**Stipulation for Dismissal with Prejudice** |
| Ennis Wesley; Tatiana Wesley<br><br>Counterclaimant,<br><br>vs.<br><br>Amateur Athletic Union of the United States, Inc.<br><br>Counterdefendant. | |

///

///

///

///

///

///

///

301138610v.1

The parties, by and through their attorneys of record, stipulate to dismiss all claims in case no. 2:23-cv-864 with prejudice, all parties to bear their own fees and costs.

| WILSON ELSER<br><br>/s/ Michael Lowry<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Attorneys for Amateur Athletic Union of the United States, Inc. | LIBERATORS CRIMINAL DEFENSE<br><br>/s/ Michael Mee<br>Michael Mee, Esq.<br>Nevada Bar No. 13726<br>Attorneys for Ennis D. Wesley, Tatiana Wesley, and Sportsplex Las Vegas, LLC |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP<br><br>/s/ Matthew Francis<br>Matthew D. Francis, Esq.<br>Nevada Bar No. 6978<br>Arthur A. Zorio, Esq.<br>Nevada Bar No. 6547<br>Attorneys for Matthew Williams, Jam On It Basketball Academy, Inc.; Jam On It, LLC; and Jam On It Sportsplex, LLC | BEN'S LAW<br><br>/s/ Ben Lehavi<br>Ben Lehavi, Esq.<br>Nevada Bar No. 14564<br>Attorneys for Michael Williams and Brennan Sullivan |
|  |  |

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED: May 15, 2025

301138610v.1

-2-